# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

139351-2

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

FURNESS GOLF CONSTRUCTION, INC., f/k/a
CASTLE ROCK COMMUNICATIONS, INC.,
       Plaintiff,
and

TRANSCONTINENTAL INSURANCE
COMPANY,
       Intervening Plaintiff-Appellant

v

RVP DEVELOPMENT CORPORATION,
       Defendant-Appellee.
_____/

SC: 139351
COA: 279398
Manistee CC: 00-009766-CH

RVP DEVELOPMENT CORPORATION,
a Michigan corporation,
       Plaintiff-Appellee,

v

FURNESS GOLF CONSTRUCTION, INC., f/k/a
CASTLE ROCK COMMUNICATIONS, INC.,
       Defendant,
and

TRANSCONTINENTAL INSURANCE
COMPANY,
       Intervening Defendant-Appellant.
_____/

SC: 139352
COA: 279399
Manistee CC: 00-009791-CK

On order of the Court, the application for leave to appeal the June 11, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

_____
Clerk

1019